ELIZABETH O'CONNOR, Appellant, *v.* OLIVE PAPERTSIAN et al., Respondents.

Submitted July 8, 1955; decided July 8, 1955.

*Maurice J. McCarthy, Jr.,* for motion.
*Bernard Meyerson* and *Olin S. Nye* opposed.

Motion to have appeal heard upon an abridged record granted on condition that the only issue to be presented to the Court of Appeals on appeal is the power of the Appellate Division to modify the order of the trial court granting a new trial, as it did in this case. The abridged record shall consist of the notice of appeal to the Court of Appeals and the order, judgment and opinion of the Appellate Division.